646

Viloco Railway Equipment Company, appellant, v. Guilford S. Turner et al., appellees. Gen. No. 32,637.

Opinion filed April 1, 1929. Rehearing denied April 13, 1929.

Whitman, Miller & Coon, Keehn, Woods & Weisl and Whitman Taylor, for appellant. Moses, Kennedy, Stein & Bachrach and Silber, Isaacs, Silber & Woley, for appellees; Martin 'J. Isaacs, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

A. W. Jensen, appellant, v. Albert Grosby et al., appellees. Gen. No. 32,938.

Opinion filed April 1, 1929. Rehearing denied April 13, 1929.

Otto G. Ryden, for appellant; Gustav S. Andreen, of counsel. Samuel E. Davidson, for appellees; Harry P. Tuscher, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Gregory T. Van Meter, administrator of the estate of Michael Vanda, alies Wanda, appellee, v. Pere Marquette Railroad Company, appellant. Gen. No. 32,954.

McSurely, J. dissents. Opinion filed April 1, 1929.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. H. H. Patterson and C. C. Bodenstab, for appellee; E. C. Maurer, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois ex rel. John P. Kiely, plaintiff in error, v. Board of Education of City of Chicago, defendant in error. Gen. No. 33,033.

Opinion filed April 1, 1929.

Michael L. Igoe and Leesman, Roemer & Schnell, for plaintiff in error. James Todd, for defendant in error; Frank S. Righeimer, Ralph W. Condee and Wharton Plummer, of counsel.
Mr. Justice Matchett delivered the opinion of the court.